

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

**Festus Kandjabanga**

Plaintiff

*In the space above enter the full name (s) of the plaintiff (s)*

-Against-                                **16    1968**

**Drexel University**                    ☐ Complaint

Defendant                    Jury Trial:  **Yes   x**

*(In the space above, enter the full name(s) of the defendant (s). If you cannot fit the names of all defendants in the space provided. Please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in above caption must be identical to those contained in part 1. Address should not be included here.)*

**I.   Parties in this complaint:**

> A. List your name, address and your telephone number. If you are presently in custody, include your identification and the name and address of your current place of confinement. Do the same of any additional plaintiffs named. Attach additional sheets of paper as necessary.

1

**Plaintiff** Festus Kandjabanga
1700 Ben Franklin pkwy apt #2315
Philadelphia
PA. 19103
Cell 267-973-7268
kandjabanga@yahoo.com
fessy50@zoho.com

List all defendants. You should state the full name of defendants, even a defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant (s) listed below are identical to those contained in the above caption. Attach additional sheet of paper as necessary.

Defendant No. 1    Drexel University
3141 Chestnut Street
Philadelphia
PA. 19104

Defendant No. 2    Drexel University President John A. Fry
3141 Chestnut Street
Philadelphia
PA. 19104

Defendant No. 3    Michele Rovinsky – Mayer
Associate Vice President/ Office of Equity and Diversity
3141 Chestnut Street
Philadelphia
PA. 19104

## II.   Basic for jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving federal question and case involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws of treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen

of one state sue a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizen case.

A. What is the basis of federal court jurisdiction? (*check all that apply* )
Q Federal Questions                                    Q
Diversity of Citizenship

B. If the basis of jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

C. If the basis of jurisdiction is diversity of Citizenship, what is the state of citizenship of each party?
Plaintiff(s) of state(s) of citizenship  -----------
--------------------
Defendant(s) state(s) of citizenship --------------

## III.   Statement of claim:

State a briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving raise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. When did the events giving rise to your claim(s) occur:----

B. What date approximate time did the events give raise to your claim(s) occur?----

What happened to you?

C. Facts:

Who did what?

Was anyone else involved?

Who else saw what happened?

**9 Counts:**

**Count 1 - Disparate Impact Discrimination by Drexel University**

**Count 2 – False Claim Act by Drexel University**

**Count 3 - Retaliation by Drexel University**

**Count 4 – Retaliation by Drexel University**

**Count 5 –Retaliation by Drexel University**

**Count 6 – Discrimination based on disability by Drexel University**

**Count 7 – False claim Act by Drexel University**

**Count 8 – Disability Harassment**

**Count 9 - Grade Retaliation by Drexel University**

**Complaint Against Drexel University**

1.     Plaintiffs' Festus Kandjabanga, Black, US. Citizen, Residing at 1700 Ben Franklin pkwy apt #2315, Philadelphia, PA. 19103.

2.     Defendant, Drexel University, with an office for service located at 3141 Chestnut Street, Philadelphia, PA. 19103.

3.     All times material hereto, Defendant Drexel University was responsible for its action which caused damages to plaintiff.

4.     Defendant Drexel University, as principal, is vicariously liable, at all time material hereto, for the acts and omissions of its agents, servants, work persons, ostensible agents and employees or administrators who oppressive, maliciously, Walton, willfulness, recklessly disregard the rights of others and federally protected rights.

5.     The conducts are outrageous, because of the defendant's evil motive or his reckless indifference to the rights of others.

6. I was admitted in Drexel University in Fall 2011 in an architecture department as a transferred student from Community College of Philadelphia.

7. Architecture Department can only offer part time program when I was admitted.

8. I conducted Construction Management Department on or around November 12, 2012 to explore the opportunity to become full time student in that program which has a benefit of co-op.

9. Construction Manager Dr. James Tsafos has referred me to Sara who is a part time academic advisor around November 12, 2012.

10. Sara referred me to Joen Beard around November 12, 2012 who is also part time academic advisor.

11. Construction Department drafted my tentative schedule for part time in construction management program in or around February 1, 2013.

12. I found out around February 2013 that there was no co-op in part time construction management program.

13. I was referred by part time construction management advisor Joena Beard around February 1, 2013 to the Manager of construction management program Dr. James Tsafos.

14. I made an appointment with Dr. James Tsafos on February 27, 2013 who drafted my tentative schedule to full time program.

15. I transferred 120 credits from accredited institution Community College of Philadelphia in the field of Construction Management, Architecture, Computer Assisted Design, and Management related field.

16. I have also two certificate of achievement for doing Volunteer service during my holidays with Habitat of Humanity from 2012-2013 started with Philadelphia all the way to Battle Creek Michigan.

17.    Drexel has denied me my rights to be a full time student on February 27, 2013 which has a benefit of co-op despite my strong qualification and it was discrimination based on race color or national origin.

18.    Drexel University has disparate impact policy which stated that "Applicants with prior non-Drexel college experience seeking a Drexel degree. Applicants must earn 24 Drexel credits before being evaluated for full matriculation" This policy is redundant and discriminatory because it doesn't apply to all students.

**Count 1 - Disparate Impact Discrimination by Drexel University**

19.    I graduated with two honors Associate Degree at Community College of Philadelphia in April 2013.

20.    I was scheduled an appointment on February 27, 2013 with an academic advisor Dr. James Tsafos to register as full time student in construction program.

**21.**    I was told by Dr. Tsafos verbally as well as by email on February 27, 2013 when he saw the color of my skin and revoked my tentative schedule by telling me that I am not qualified to be full time student and I need 30 credits to come in as a full time student. (**attachment# 1**)

22.    Full time construction program has a benefit of co-op.

23.    Students who go for co-op have better job and better salary.

24.    Drexel has a disparate impact policy which has adverse impact on black or minority. (**attachment # 2**)

25.    The policy stated that "Applicants with prior non-Drexel college experience seeking a Drexel degree. Applicants must earn 24 Drexel credits before being evaluated for full matriculation" (**Attachment # 2**)

6

26.    I was strongly qualified to be a full time student in construction program because I transferred 100 credits from accredited institution or Community College of Philadelphia (CCP)which can be accepted in construction program.

27.    I have two honor associate degree from (CCP), one in an Architecture and another one in Computer Assisted design.

28.    Drexel transfer instruction policy stated that: To be considered for admission as a transfer student, you should have completed a minimum of 24 college credits from regionally accredited institution. **(attachment #3)**

29.    Drexel full time academic advisor Dr. James Tsafos has revoked my tentative schedule when he saw the color of my skin. **(attachment #4)**

30.    Disparate impact theory under Title VII prohibits employers from using a facially neutral employment practice that has an unjustified adverse impact on members of a protected class.

31.    Drexel policy is artificial, arbitrary, and unnecessary barriers to minority students because I found out around March 2015 that Dr. Tsafos has admitted white students straight to full time program like John Melchiorre who was my classmate Value Engineering Spring 2015, Kory Fishbein who was my classmate in CMGT 372, and Green Low Austin in Value Engineering in Spring 2015 to become a full time student without completing 30 Drexel credits which made me looks inferior.

32.    This is harassment for the university to treat me different.

33.    University President John Fry approval policy has created hostile learning environment and intentionally inflicting emotional distress on me.

34.    I am a qualified black student who was born in a region in Southern Africa where there was scientific evidence in 18th

century by French Scientist Georges Cuvier that proves that African were missing link between animals and human beings.

35. It is extremely painful, distressing and keep me up all night especially when there is a science that proves through evidence, through experiment research that African people are in fact subhuman or at least inferior.

36. I am a citizen of this country and our nation was built on democracy and Drexel University president John Fry and other administrators don't see that as any sort of conflict at all.

37. Drexel discriminatory policy made me disable and I will never work again.

38. Drexel is liable for my injury.

39. Drexel University for ongoing and intentional failure to provide equal opportunity for minorities and disable is a systematic Violation.

40. The policy causes me to suffer depression and anxiety.

41. I am requesting an injunction relief and the court to order Drexel University to remove the policy immediately so that what happened to me will never happen to anybody else.

## Count 2 – False Claim Act by Drexel University

42. University President John Fry has fabricated a school policy to justify that I am not qualified to be full time student in construction management program. Before fabricated and after fabricated (attachment 5 and 6)

43. The policy required students in construction management department to have a strong letter of recommendation during admission but it was not required before. (attachment 7)

44. I was told verbally as well as in the email by Full time academic advisor Dr. James Tsafos on February 27, 2013 that I am not qualified to be full time student and I need 30 credits to

come in construction program as a full time student which is having a benefit of co-op. (attachment 1)

45.     I later found out around March 2015 that he admitted white students like John Melchiorre, Matt Davis, Korry Fishbein, and Green Low Austin to become a full time student without completing 30 Drexel credits which made me look inferior.

46.     University President John Fry has fabricated a school policy which I found out around December 2014 to mislead government agency OCR who was investigating racial discrimination on January 14, 2014.

47.     The policy which is now required students to have strong letter of recommendation during admission in construction management program is not consistent with other policies at other institutions.

48.     There was a policy during my admission to full time program in 2013 which stated that no letter of recommendation can become part of student's educational record. (attachment 5)

49.     University President John Fry motive was to cover up racial discrimination allegation I filed on December 12, 2013.

50.     That is the reason why University President did not come back to me with the outcome of racial discrimination investigation as he promised on the email February 10, 2014 so that I can refute. (attachment 8)

51.     Drexel University has now discriminatory policy which required all students in engineering department to submit strong letter of recommendation during their admission which was not needed before. (Attachment #7 )

52.     The policy has created hostile learning environment and intentionally inflicting emotional distress.

53.     University President John Fry unlawful approved the policy to be changed which is now conflicted with previous policy to make it like I needed a letter of recommendation. (Attachment 5 and 6)

54.     Drexel University failed to explain why full time academic advisor Dr. James Tsafos revoked my tentative schedule when he saw the color of my skin. (attachment 4)

55.     I found out about this around December 2014 that strong letter of recommendation is needed to be admitted in full time construction program.

56.     On July 9, 2014 after racial discrimination investigation was completed, office of civil Rights (OCR) stated that Drexel has never deviated on its school policy and its practice on its treatment of me.

57.     Drexel University President John Fry has acted with malice and for his own benefit in seeking to avoid liability for false statements made in violation of the False Claims Act during OCR investigation.

58.     Drexel University President John Fry has acted outside the scope of his respective authority.

59.     The False Claims Act (31 U.S.C. § 3729) has also imposes civil liability on a person or corporation who knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim.

60.     University President John Fry action was to accomplish some criminal or unlawful purpose.

61.     The policy is illegal, unfair and unjustified and is not in the overall best interest of the University because it doesn't apply to all students.

62.     Drexel and University President John Fry is liable for emotional distress, pain and suffering, depression and anxiety I

suffered during the grievance which cause hostile learning environment.

63.     The fraud or false statement Drexel made to the Government agency (OCR) has an adverse impact because I would have won discrimination based on race which I filed on December 12, 2013 if University President didn't fabricate evidence to mislead government agencies OCR.

64.     To make the mater worse, Dr. John DiNardo who was also forwarded my complaints by University President John Fry on or around November 18, 2014 has also threatened me by email with student conduct charges if I bring up things which are already presented to me by relevant office which include racial discrimination and other complaints. (email attachment 9)

65.     Drexel University President John Fry for failure to take action against his people is deliberate indifference.

66.     The threat and intimidation against me from Dr. DiNardo was intended to deter me from filing lawsuit which has merits and to deter lawyers who can take my case on contingency fee.

67.     The email stated that:

**Festus:**

> **"I was forwarded your communications of November 11th and November 17th which you sent to President Fry. It is my understanding that the issues you presented have been thoroughly addressed by the relevant offices, and their conclusions have been presented to you and fully documented. Unless you have new concerns or issues that have not been reviewed or addressed, it is important that you focus on your coursework to complete your degree in Construction Management. If you continue to raise the same issues that have been previously addressed, your behavior can be viewed**

11

**as disruptive and may result in student conduct charges against you. We want you to be successful and, if you have new concerns that have not been addressed, I will be your point of contact. "**

**Dr. DiNardo**

68. I requested Dr. DiNardo in the meeting on December 19, 2014 to tell me who, where, when, and which legal base was used to find determination but he was just staring to me smiling without a word.

69. Defendant counsel Mr. Michael Sacks who representing Drexel is now using statute of limitation for racial discrimination as a defense in the motion to dismiss the entire complaint which he filed on April 15, 2016 and is not in a good faith because he is aware the serial violations, which involve a number of similar discriminatory acts, both before and during the statutory period.

70. I am requesting an injunction relief and I don't want what happened to me to happen to anybody in Drexel or in US soil.

71. All along, I have tried to negotiate, all along, I have tried to keep dialog open and Drexel close the door on my face by putting handcuffs on me which is egregious insidious.

72. Defendant counsel Michael E. Sacks want all my complaints to be dismissed before even Drexel University respond to my complaints I filed sine 2013 which is a denial of justice and this is a financial incentive making Drexel to behave this way.

73. Drexel University has to put a limit how badly it should violate my rights.

12

**Count 3 - Retaliation by Drexel University for Reporting Racial Discrimination**

74.    I was arrested by Drexel Public Safety police by yelling to me "who do you think you are" without probable cause of determination or court order on April 17, 2015 which was a retaliation for reporting discrimination based on race color or national origin.

75.    I was falsely arrested when I came to Associate Vice Provost, Academic Advising, Retention and Diversity Office Toni Torres.

76.    I came to file a verbal complain and to request my right as a student to academic advisor because I wanted to drop a course but I can't do it by may self. I was also come to make a follow up about racial discrimination, threat and other unlawful complaints against Drexel when Drexel handcuffed me.

77.    I came to the provost office for follow up because I was intentionally denied academic advisor by Associate Provost for Academic affairs Dr. John DiNardo for a period of one year from January 1, 2014- April 17, 2015 despite requesting it to the administrators. (attachment 10)

78.    I have a mental disability injured by Drexel for reporting racial discrimination and malicious false arrest has maximized the impact of my condition, loss of liberty and physical and or emotional pain and suffering caused by false arrest.

79.    Drexel public safety later transported me to University of Pennsylvania Hospitals in handcuffs(attachment 26)

80.    False arrest was malicious humiliating and it was intended to retaliate, intimidate and to discourage me from complaining about racial discrimination and other complaints.

81.    False arrest has created hostile learning environment and intentionally inflicting emotional distress.

82.   Drexel's actions are willful and done purposely and known to them to be wrong and unlawful because mental disable students are not criminal and don't deserved to be handcuffed and humiliated without court order.

83.   The false arrest is an adverse action and I suffered severe depression and anxiety which has maximized the impact of my condition and I will never be the same.

84.   False arrest was a deprivation of my due process

85.   I am requesting an injunction relief and I don't want what happened to me to happen to anybody in Drexel in Drexel or US soil.

## Count 4 – Retaliation by Drexel University

86.   I was intentionally denied academic advisor by Associate Provost for Academic affairs Dr. John DiNardo as retaliation for reporting discrimination based on race, color or national origin in Drexel on December 12, 2013. (attachment 10)

87.   The retaliation has a lasting damage of one year from January 2014- April 17, 2015 despite requesting it to the administrators.

88.   On April 17, 2014, the office of provost gave me Director of Undergraduate Advising Center, College of Engineering Rachael Switalski to be my academic advisor a minute before they put me in the handcuffs. (attachment 11 )

89.   Denial of academic advisor after I only filed a racial discrimination is an adverse action.

90.   Denial academic advisor has created hostile learning environment for me make me depression, anxiety, inflicted severe emotional stress, made me feel worthless, un needed, regret for reporting racial discrimination, los concentration with suicidal thoughts, made me disabled and I will never be the same.

14

91. Intentionally denial of academic advisor has adverse impact because and it made me suffer and feel hopeless, useless, unneeded with no way else to turn for help. I suffered depression, anxiety, emotional stress, mental anguish and loss of concentration or memory loss and I will never work again.

92. Intentional denial of accommodation has created hostile learning environment and intentionally inflicting emotional distress.

93. I am requesting injunction relief so that it will never happen to anybody.

**Count 5 –Retaliation by Drexel University**

94. Continuous violation- Dr. John DiNardo failed to investigate the breach of contract I filed in state court on July 10, 2015 as retaliation for reporting discrimination which was based on race, color or national origin on December 12, 2013.

95. I filed a breach of contract with office of president on or around February 10, 2014.

96. The office of President John Fry told me on February 10, 2014 that they will take my matter very seriously and will came back to me shortly when I forwarded breach of contract and other complaints.

97. Office of President John Fry for failure to come back to me was a false promise and lack of responsibility which is not in a good faith.

98. Dr. John DiNardo who is an Associate Vice Provost for Academic Affairs for intentionally failed to investigate breach of contract is an adverse action.

99.   I am disabled by Drexel University as result of retaliation, harassment and discrimination.

100.   It is an adverse action when Dr. John DiNardo sent me a written warning that he may be charged me with student conduct if I bring up things which has already presented to me by relevant offices which is a false statement. (attachment 9)

101.   The email warning and threat Dr. John DiNardo sent me on November 18, 2014 has created hostile learning environment and inflicted emotional distress which landed me in the hospital for a week with $2000.00 bill.

102.   The retaliation made me feel hopeless, useless, unneeded with no way else to turn for help. I suffered depression, anxiety, emotional stress, mental anguish and loss of concentration or memory loss as result, suicide thoughts and I will never work again.

103.   There is a systematic violation by Dr. John DiNardo.

104.   There is a consistent pattern of conduct consistent with retaliatory intent by Dr. John DiNardo.

105.   I am requesting an injunction relief so that what happened to me will never happen to anybody in US. soil.

**Count 6 – Discrimination based on disability by Drexel University**

106.   I was intentionally denied an accommodation by Drexel University by hiring SAVE International (Value Management Society) which was offering a certificate when we were taking Value Engineering course CMGT 463 on Spring 2015.

107.   SAVE International does not offer extended time (2.0x) on hand-written or hand-typed exams accommodations to disable students according to our Instructor Richard Sievert on email

dated May 15, 2015 as well as on verbal communication when I requested him to provide me with an accommodation as it was need by Federal Law. (attachment 12, 13, 14, and 15)

108. The denial of accommodation motive was to make me look inferior and to justify University president disparate impact policy because administrators and professors knew that nobody will protect me in Drexel for reporting racial discrimination.

109. According to discrimination section 504, selects the site or location of a facility that has the effect of excluding disabled students from, denying them the benefits of, or otherwise subjecting them to discrimination under any program or activity (e.g., selects an inaccessible facility in which to hold school plays, concerts, or athletic competitions) is prohibited.

110. Drexel engineering department action was malice and outrageous because it doesn't like the way I report them to the provost office. They went further to hiring SAVE International who does not accommodate disable just to put the nail in the coffin which is disability harassment from engineering department.

111. Engineering department is doing this to prove other administrators beyond reasonable doubt that disability discrimination in Drexel against me was beyond delay.

112. The Value Management Society is a part of CMGT 463 as a Module 1 40-Hour Certification workshop which does not complied with Title 11 of disability.

113. This means that students are eligible to take the associate Value Specialist exam sponsored by SAVE International after completing the course. If they pass the exam, they will be certified as an Associate Value Specialist (AVS). Value

engineering analyses are contractual requirements in numerous markets.

114.    I have been approved for the extended time (2.0x) renewal on hand-written or hand-typed exams accommodations on Springs 2015 as a means of minimizing the impact of my condition or impairment and providing me with equal access to my education at Drexel University. (attachment 16)

115.    Even though I have been approved for Accommodation Verification Letter (AVL) after intentional denial by telling me that they have received another information from my Dr, I still couldn't receive accommodation I am eligible for which is malicious. (attachment 16)

116.    It is only take 24 hour to renew the accommodation.

117.    It took me 8 weeks to receive an accommodation for powerpoint slides before class begin on Fall 2014 CMGT 450 despite several request.

118.     My previous accommodation for powerpoint slides before class was provided after 8 weeks, two weeks before lecture end. "It was like dangling a carrot in front of a rabbit without even intending to let him eat it. How cruel joke is that?

119.    Drexel University defense counsel Michael E. Sacks doesn't even see it as a sort of conflict at all which is not in a good faith.

120.    For me to have extra time 2x was a necessary prerequisite to productive result of my study.

121.    As a black disable student, intentional denial of an accommodation by Drexel was made with an evil motive to make me look inferior because it is now a continuous violation.

122.     I received the results of my certification exam from board. Unfortunately, I was not successful with both Part 1 – Fundamentals whereby I have received 50% and part 11 – Functional Analysis was 42%. (Attachment )

18

123. Drexel has denied me an accommodation to make me look inferior or to justify that I am not qualified to be full time student as Dr. James Tsafos claim.

124. Drexel full time academic advisor for construction management Dr. Tsafos made me retake CMGT 363 on Springs 2013 that I have already gotten a credit to make me look inferior while letting white students not to take it.

125. Drexel full time academic advisor for construction management Dr. Tsafos told me that I am not qualified to be full time student and I need 30 credits to come in his program as full time student while accepting white student without 30 credits just to make me look inferior.

126. Institution oppression to student with disability was a result of financial incentive to make them behave that way.

127. I have developed an anxiety disorder now as a result of discrimination in Drexel. I started to keep forgetting things. I have also started getting very sad for no reason two to three times a week whereby I can't even get out sometime in the bed and this condition is a threat to my future employment.

128. Drexel has now treated me with an evil motive and it is now turned to suicide thoughts which just pop up sometimes in my mind for no reason at all.

129. It is hard to be black and disable in Drexel University and I am requesting injunction relief.

130. Drexel University for ongoing and intentional failure to provide equal opportunity for minorities and disable is a systematic Violation.

131. Disability students should be allowed to show what they can produce without a barrier.

**Count 7 - False claim Act by Drexel University**

132.    Office of Equity and Diversity Michele Rovinsky has violated False claim Act by submitting the false statement to the office of Civil Rights (OCR)when it was investigating racial discrimination I filed with her office on December 12, 2013.

133.    On February 27, 2013, I was told verbally as well as by email by full time academic advisor Dr. James Tsafos that I was not qualified to be full time student and I need 30 credits to come in his program as a full time student which is having a benefit of corp.

134.    Dr. Tsafos has revoked my tentative schedule when he saw the color of my skin.

135.    I later found out that Dr. Tsafos has admitted some white students to full time program without completing 30 credits.

136.    Michele Rovinsky falsely told (OCR) when I filed the complaint with her office on December 12, 2014 as well as with an agency (OCR)on January 14, 2014 that Dr. Tsafos was mistaken with my matriculation status.

137.    That element of matriculation status has to be present. I was not from high school and Michele was aware about that.

138.    According to the school policy, student who came from high school need 24 credits to come in construction program as a full time.

139.    I transferred from accredited school Community College of Philadelphia to Drexel University in 2011 with over 100 credits.

140.    I was denied to be full time despite my strong qualification.

141.    Academic advisor Dr. Tsafos and Michele Rovinsky were all aware that I am transferred student from accredited institution when they submitted a false claim to the government agency (OCR)

20

and reckless disregard of the truth or falsity of the information.

142.   Michele Rovinsky and Dr. Tsafos deliberate ignorance of the truth which created hostile learning environment and this is the financial incentive making Drexel to behave this way.

143.   I would have won racial discrimination if Michele Rovinksy would have never made a false statement to the government agency (OCR).

144.   Office of Equity and Diversity Michele Rovinsky has acted with malice and for his own benefit in seeking to avoid liability for false statements she made in violation of the False Claims Act during OCR investigation.

145.   Michele Rovinsky who swear under oath has acted outside the scope of her respective authority.

146.   The False Claims Act (31 U.S.C. § 3729) has also imposes civil liability on a person or corporation who knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim.

147.   Michele Rovinsky action was to accomplish some criminal or unlawful purpose.

148.   I have developed an anxiety disorder now as a result of racial discrimination in Drexel.

149.    I started to keep forgetting things as a result of racial discrimination.

150.   I have also started getting very sad for no reason two to three times a week whereby and I can't even get out sometime in the bed to do something and this condition is a threat to my future employment.

151.   I spend a lot of time thinking why Drexel treat other people with an evil motive and it is now turn in suicide thoughts which just pop up sometimes in my mind for no reason at all.

## Count 8 - Disability Harassment

152.    I was harassed based on my disability by the construction management CMGT 450 Professor Dr. Edward Keeter when he gave me zero grade on peer evaluation project which I am even the one who did most of its part and brought it to my team to edit it. (attachment 19)

153.    Dr. Keeter has also intentionally given me zero on professionalism at the end of Fall semester 2014 when I repeatedly requested him on November 9, 2014 to post powerpoint slides presentation before class begin as he was required by federal law to do it at the beginning of the semester on September 22, 2014. (attachment 20 )

154.    I received 46% in the final and 55% midterm which was curved to 70% and Powerpoint presentation slides before class begin was a prerequisite to my productive standard.

155.    The school started on September 22, 2014 and he only posted the slides on November 10, 2014 week 8th out of 11 weeks after I reported him to the provost office on or around November 9, 2014 by email. (attachment 21 )

156.    Zero grade does not reflect my academic performance.

157.    Zero grade has contributed to my lower GPA.

158.    Zero grade has maximized the impact of my condition.

159.    Zero grade make me look inferior. **(Attachment # 22)**

160.    I appeal my grade to Dean Adam Fontecchio in engineering department on or around February 24, 2015 on his request by stating that:

**Halo Festus,**
**Profs Muir and Keeter and have relayed to me your request to challenge your grade in CMGT 450 Construction Mgt of Field Operations from the Fall term 2014. If you would like to**

22

**formally appeal the grade, then please write me a letter describing your position and justification, and include any supporting documents (emails, grades, HW, etc)? Please put in a single pdf and email to me, and will look into the situation. At this stage, the grade issue has been elevated to the CoE Deans Office, so all further communication you have about the situation should come to me.**

**Adam K. Fontecchio Ph.D.**

161.   My grade is not yet resolved despite making a follow up and Drexel is not treating me with human dignity which is not in a good faith.

162.   I need my grade to be changed to 82.5% (attachment 22, 23, 24, and 25)

| The grade I was supposed to be like this | | |
|---|---|---|
| | | Received point |
| Average | | 75.8 |
| professionalism | 10%/100 x 5 x 10 | 5 |
| Term Project (peer evaluation) | 20% /100 x1 x 10 | 2 |
| Total grade would be B- | | 82.8 % |

163.   Dr. Edward Keeter for violated my confidential agreement for referring on February 3, 2015 email that my team mate on peer evaluation rated me contributing the least was malicious harassment which maximize the impact of my condition and is not in a good faith and Drexel has damaged its credibility and destroyed its trust.

164.   I was the only black in the CMGT 450 class and harassment was so severe because Dr. Keeter gave me 55% to 70% or 3/5 while he gave all the white students 100% to make me look inferior.

165.   It was the same department which made me retake the Cost Estimate 1 class which I have already gotten a credits while white students get a waiver.

23

166. Harassment is intentional discriminative, however which is also violate my Equal Protection Clause.

167. I was also harassed and humiliated by Drexel public safety by handcuffed me and transported me to the University of Pennsylvania hospital for mental evaluation without a court order.

168. It happened in the provost office on April 17, 2015. (Attachment)

169. The harassment was deliberate indifference.

170. The harassment has created hostile learning environment.

171. The harassment was so severe because it caused me emotional distress and maximized the impact of my condition and I will never be the same.

172. I am now developed physical symptoms such as headaches and abdominal pain.

173. Hostility from professors and administrators lead to the same fear and refusal to attend class.

174. Defendant, by extreme and outrageous conduct, intentionally or recklessly caused me the severe emotional distress.

175. There is negative emotion developed in me since I was harassed that emerged with distrust which is fear, suspicion and anger that cause me to vilify and even produce paranoid cognitions.

176. Students have legal protected right to a learning environment that is free from discrimination and harassment. Dr. Edward Keeter has violated this policy.

177. Drexel has recklessly and willful disregard the right of others when intentionally gave me grade which does not reflect my academic performance and still refusing to change it for more than a year.

## Count – 9 Grade Retaliation by Drexel University

178. I was retaliated by the construction management CMGT 450 Professor Dr. Edward Keeter based on race, color or national origin when he gave me zero grade on peer evaluation project and professionalism.

179. Zero grade does not reflect my academic performance. I requested him to change my grade and he refuse by telling me that my grade is final.

180. I appeal my grade to dean of engineering Adam Fontecchio on or around February 24, 2014 but he doesn't want to change it. Grade simple unfair in the opinion of student is not in a ground of appeal unless it has involved a violation of school policy. Determination of the grade has to be final in the absence of fraud, mistake, bad faith or incompetence.

181. Dr. Keeter for given me zero is adverse action.

182. It was the same department which has retaliated against me before when Dr. Robert William Muir who was the head of department falsified the CMGT 251 syllabus on March 31, 2014 so that I can get a low grade.

183. Grade retaliation from Dr. Keeter has created hostile learning environment which maximized the impact of my condition.

184. To make the mater worse, the university failed to change my grade for more than a year or to tell me its determination which is noticeable bad.

185. The University for failing to change my grade on CMGT 450 I appeal on February 24, 2015 was retaliation for reporting discrimination based on disability which create hostile learning environment.

186. The University is continuously harassing me which create hostile learning environment.

187.  I suffered emotionally stress and the guilty and regret of reporting discrimination based on race, color, national origin and disability has devastated my life.

188. I am requesting an injunction relief.

**Relief**

189.    This is not all about money. I don't want what happened to me to happen to any student in US. soil when Dr. Keeter gave me 70% while he give all white students 100% which is noticeable bad especial when he asked the class "who wants his paper to see his grade. One student said that how can we see our papers when everybody received 100%?". If the product is harmful, it has to be taken off the market before anybody else hurt.

190.    Injunction relief.

191.    All the complaints I filed has created hostile learning environment

192.    Punitive damages based on the existence and frequency of past disability harassment conduct by the respondent when Drexel gave me zero grade which does not reflect my academic performance.

193.    The punitive damages were based on evidence that the respondent harassed me based on my disability when Drexel humiliated me by taking me at hospital in handcuffed without court order.

194.    Punitive damages was based on the respondent's actions when Drexel public safety handcuffed me and yelled to me by stated that "who do you think you are" when I came to complain about discrimination and intentional denial of academic advisor for more than a year.

195.    Punitive damages were based on the respondent's actions, when University president fabricated an evidence to mislead government agency when they were investigating racial discrimination.

196.    University President's disparate impact policy must be removed immediately before anybody else hurt.

197.    The threats or deliberate retaliatory action against complaining parties, for making a follow up will constitute malice.

198.    Punitive damages for intentionally disabled by Drexel.

199.    WHEREFORE, Plaintiff, Festus Kandjabanga, demanded judgment in his favor against Defendant Drexel University in an amount in excess of Twelve Million Dollars (12, 000, 000), together with interest, costs Rule 238 delay damages, and such other just and equitable relief as this Honorable Court deems proper.

200.    This lawsuit will help community and students around the country heal.

| Damages suffered as a result Discrimination, Retaliation, threat, intimidation, false claim, discrimination based on disability, false arrest, wrongdoing etc, | | |
|---|---|---|
| | | |
| Future Earning      ($2,320,000) from 2017 – 2057 = 40 years | | |
| Racial Discrimination      ($300,000) | | |
| Retaliation      ($300,000) | | |
| Discrimination Based on Disability     (300,000) | | |
| Intentional Denial of Financial Aid     (300,000) | | |
| Non Medical Expenditure as travel (300,000) | | |
| Grief      (300,000) | | |
| Lodging      (300,000) | | |
| Medical Cost- past     (300,000) and future | | |
| Physical Therapy      (300,000) | | |
| | | |

27

| | | | |
|---|---|---|---|
| Anger | ($40,000) | | |
| | | | |
| Loss of Appetite | ($50,000) | | |
| | | | |
| Anxiety | ($100,000) | | |
| | | | |
| | | | |
| Trouble Concentrating | ($250,000) | | |
| | | | |
| Conduct Not Directed at Complainant | ($60,000) | | |
| | | | |
| Confusion | ($25,000) | | |
| | | | |
| Natural Consequence | ($250,000) | | |
| | | | |
| Crying—Directly From Discriminatory Actions | ($250,000) | | |
| | | | |
| | | | |
| Feeling Degraded | ($125,000) | | |
| | | | |
| Depression | ($100,000) | | |
| | | | |
| Loss of Enjoyment of Life | ($250,000) | | |
| | | | |
| Maximize the impact of my Conditions | ($750,000) | | |

| | |
|---|---|
| Fear—General or intimidated | ($60,000) |
| Fear—Physical to be handcuffed again | ($100,000) |
| Resulting Finances | ($125,000) |
| Frustration | ($125,000) |
| Headaches | ($50,000) |
| Helplessness | ($60,000) |
| Hopelessness | ($50,000) |
| Humiliation | ($70,000) |
| Inconvenience | ($250,000) |
| Job Performance | ($15,000) |
| Loneliness | ($250,000) |
| Nightmares | ($2500,000) |
| Reaction to Pretext | ($300,000) |
| Reaction to Proceedings | ($300,000) |

| | | |
|---|---|---|
| Humiliated | | |
| Violation of Confidentiality | ($300,000) | |
| Psychological Injury | ($300,000) | |
| Impairment of Relationships | ($100,000) | |
| Self-Esteem | ($300,000) | |
| Shock | ($15,000) | |
| Sleeplessness | ($250,000) | |
| Stomach Problems | ($250,000) | |
| Stress | ($300,000) | |
| Trust | ($100,000) | |
| Vague Complaints | ($160,000) | |
| Weight loss | ($75,000) | |
| Total | $11,425,000.00 + 6% interest = 12 million | |

Total = $12,000,000.00 (Twelve Million Dollar)

**I declare under penalty of perjury that the forgoing is true and correct.**

Sign this-------------day of---- *april 25 -2016*. 2016

Signature of plaintiff:

Festus Kandjabanga
1700 Ben Franklin Pkwy apt # 2315
Philadelphia PA. 19103
Cell  267-973-7268
Email: kandjabanga@yahoo.com
Email: fessy50@zoho.com

Note:    All plaintiff named in the caption of the complaint must date and sign the complaint. Prisoners  must also provide their inmate number, present place of confinement, and address.

For prisoners:

I declare under penalty of perjury that on this --------day of --------2016-------------, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff----------

31

**Attachment #1**

From: "Tsafos,James" <tsafosjm@drexel.edu>
To: fessy kandjabanga <kandjabanga@yahoo.com>
Cc: "Beard,Joena" <jcb63@drexel.edu>
Sent: Tuesday, September 17, 2013 2:01 PM
Subject: RE: Info.

Fessy,

You need 30 credits to be able to come in as a full time student. So after this next quarter if you take 9 credits I can put you in as Full time. Go through Joena until you are full time.

James M. Tsafos, Ph.D.

**Attachment #2**

# NON-DEGREE/ NON-MATRICULATED OPTION

Non-degree applicants are considered part-time and are permitted to schedule a maximum of 11.5 undergraduate credits per quarter. Applicants who are considered non-degree students include:

- Applicants with no prior college experience who have graduated from high school more than two years ago. Applicants must earn 24 Drexel credits before being evaluated for full matriculation.

- Applicants with prior non-Drexel college experience seeking a Drexel degree. Applicants must earn 24 Drexel credits before being evaluated for full matriculation.

- Applicants who have already earned a bachelor's degree and wish to enroll in an undergraduate prerequisite course for graduate study at Drexel. To ensure credits are transferable, students are responsible for checking with their intended graduate program department.

- Applicants currently enrolled at another college or university wishing to complete courses at Drexel for credit, which may be transferred back to their "home" school.

Note: Non-degree students are required to have a high school diploma or GED equivalency. International students must provide a copy of their I-20 from their current institution to enroll as a non-degree student.

A-Z Index   For Media   Careers   Privacy & Legal   Directories   Directions & Maps   Emergency Information

Drexel University, 3141 Chestnut Street, Philadelphia, PA 19104  215-895-2000, © All Rights Reserved

**Attachment #3**

APPLY

• Application Deadlines

• Admission Prerequisites

• Freshman Instructions

• Transfer Instructions

• International Instructions

• Online Application

## Transfer Instructions

Drexel takes into consideration a number of criteria when determining admission, including your college performance in relation to your desired major and essay.

Drexel assumes that you've completed coursework similar to Drexel's curriculum. To be considered for admission as a transfer student, you should have completed a minimum of 24 college credits from a regionally accredited institution. If you have fewer than 24 college credits and graduated from high school within the past two years, you will also need to submit your high school transcript and SAT or ACT scores.

**Attachment #4**



---

**Attachment 5**

# University Policies

Drexel University abides by the provisions of Public Law 93-380: Family Educational Rights and Privacy Act, which gives the student the right to examine any admission file that becomes a part of his or her permanent educational record. It is important to understand that applicants for admission are not granted rights under this legislation. However, once an applicant for admission becomes a student by enrolling in and attending Drexel, any admission documents that become a part of the student's permanent educational record become available to the student for review. Applicants should understand that only the school transcript, standardized test score reports, and those portions of the application generated by the student will become part of the student's educational record upon enrollment. No other information or material gathered or submitted in the admissions process will be retained as part of the student's educational record. Therefore, letters of recommendation or evaluation provided by any individual as part of this application do not become part of the student's educational record

---

**Attachment 6**

**▼ Public Law 93-380: Family Educational Rights and Privacy Act**

Drexel University abides by the provisions of Public Law 93-380, which grants the student the right to examine admission files that are part of the student's permanent "Educational Record." Please note that "Applicants for Admission" are not granted rights under this legislation. Once an "Applicant for Admission" becomes a "Student" by enrolling and attending Drexel, any admission file that becomes a part of the student's permanent "Educational Record" becomes available to the student for review. Applicants should understand that only the transcripts, CEEB, SAT, Achievement Test Score Reports, and those portions of the application generated by the student will become part of the student's permanent "Educational Record" upon enrollment.

No other information or material gathered or submitted in the admission process will be retained as part of the student's permanent "Educational Record." Statements or evaluations provided by any individual do not become part of the student's permanent "Educational Record" and will not be available for the student's review.

Attachment 7

Graduate Studies - ...  ×    Advising | Student ...  ×    Part-Time Undergr...  ×    Non-Matriculated_t...

duatestudies/policies/

of readmission, unless an exception has been granted by the respective department and the Associate Vice Provost for Graduate Studies.

# Classification of Students

## Matriculated Students

*Full matriculation,* granted to a student who meets all admission requirements such as at least 3.00 in their undergraduate or graduate GPA from an approved, accredited school, acceptable Graduate Record Examination (GRE) scores and strong reference letters.

*Provisional matriculation,* which may be granted to a student when the department feels they show potential for success but their undergraduate or previous graduate work does not meet regular admission requirements, or when they do not have sufficient background in their chosen fields. The provisional classification allows a student to prove his or her ability by taking up to 12 credits of courses within his or her discipline or chosen by his or her departmental graduate advisor. If the student attains a cumulative GPA of at least 3.00 at the end of that period and fulfills all conditions stipulated in their provisional application, he or she may petition to the Office of Graduate Studies to be transferred into full matriculated status. This is achieved by completing the change-of-status form available online. Credit earned as a provisional degree student may be accepted toward the degree only on recommendation of the student's graduate advisor. Inability to complete the requirements will result in dismissal from the graduate program.

Note: Some programs do not grant provisional matriculation.

*Certificate* students are those taking course work to earn advanced certificates in program concentrations.

## Non-Matriculated Students

If a student fails to meet the standards of the academic department for acceptance as a matriculated student or wishes to take graduate coursework for professional growth, the program may petition the Associate Vice Provost for Graduate Studies to admit the applicant as a non-matriculated student.

Graduate students may remain in this temporary status while the required credentials are obtained until they complete 12 credits. Students who wish to achieve a graduate degree must matriculate into a degree-granting program as soon as possible but no later than the completion of 12 credits. To accomplish this, the student must complete a Non-Matriculation to Matriculation Request Form. Non-matriculated students who do not wish to receive a graduate degree are welcome to remain in this non-degree status indefinitely. Be advised, however, that degrees are not conferred from this status. Should non-matriculated students later desire to apply for full matriculation, only courses that are included in a departmental degree program, up to 15 credits, may be transferable.

## Attachment 8

Subject: **RE: Complaint about Discrimination and Retaliation**
To: Festus Kandjabanga ▾

management have gotten the message.

**Thanks**

**Festus**

On 02/10/14, "Boyle,Kaitlyn" <kb947@drexel.edu> wrote:

Good evening,

Thank you for contacting President Fry. We take this matter very seriously and have referred it to the Office of General Counsel. You will be hearing shortly.

Thank you,
Kaitlyn

**Kaitlyn C. Boyle**
*Executive Administrator*
*Office of the President*

## Attachment 9

Reply ▾  Forward ▾  Move ▾  Print  Delete

Subject: **Followup to your recent communications**          Date: 11/18/14 06:49 PM
To: Festus Kandjabanga ▾          From: "DiNardo,N.John"
Cc: "O'Neil,MaryBeth" ▾

Festus:

I was forwarded your communications of November 11th and November 17th which you sent to President Fry. It is my understanding that the issues you presented have been thoroughly addressed by the relevant offices, and their conclusions have been presented to you and fully documented. Unless you have new concerns or issues that have not been reviewed or addressed, it is important that you focus on your coursework to complete your degree in Construction Management. If you continue to raise the same issues that have been previously addressed, your behavior can be viewed as disruptive and may result in student conduct charges against you. We want you to be successful and, if you have new concerns that have not been addressed, I will be your point of contact.

Dr. DiNardo

--
N. John DiNardo, Ph.D.

Professor of Physics and
Senior Vice Provost for Academic Affairs
Drexel University
Office of the Provost / Main Building 102

## Attachment 10

Subject: RE: Grade retaliation
To: "Longazel, Edward G" ▾

Date: 01/29/15 09:58 PM
From: Festus Kandjabanga

lost hope in Drexel and the guilty and regret of reporting discrimination based on race color or national origin has devastated my life. The result of letting injustices and wrong doing go un noticed or not faced up to squarely would weakening the trust and moral characters of students when reporting complaint which is not the value American people are standing for.

Dr. DiNardo statement was made for the purpose of deceiving me from pursuing grade retaliation. The statement is not only misrepresentation, but mere non-belief in the truth which resulted to distrust, discomfort, sleepless nights, high blood pressure and substantial mental distress. I am requesting again an investigation for grade retaliation as well the statement from Dr. DiNardo. All averments in my complaints must be answered, as well as averments in preliminary objections when an answer is required. Until today, Drexel has failed to file answers to my complaint and sent it to me. According to Drexel policy, "Drexel University is responsible for the proper use of its resources and the public and private support that furthers the realization of its mission. The University is committed to conduct its affairs in full compliance with the law and with its own policies and procedures. Such adherence strengthens and promotes ethical and fair practices and treatment of all members of the University and those who conduct business with the University." Therefore, Drexel should put a limit how badly it violate my right.

I was intentionally retaliated by Dr. DiNardo when he told me that grade was changed for everybody to lose retaliation complaint because I filled discrimination based on race, color or national origin. Drexel policy stated that it will never tolerate any unlawful harassment for any kind. I was encouraged by Drexel policy to complain about any unlawful harassment without a fear of retaliated or threatened. Unequal protection in Drexel has maximized the impact of my condition. As a US citizen, I am requesting again Mr. President Fry to tell his people to stop retaliating and treat me with human dignity. Besides that, I am requesting Drexel to enforce a policy for equal treatment and special privilege for no one which made me feel worthless not to mention suicidal thoughts. I have also requested another advisor, where I can report my complaints as well as substitute teacher for CMGT 467 but until now there is no reply to my request something which keep me up all night.

Please let me know in writing when you received this email and the results of your investigation and what steps you have taken to address this problem, and to ensure it does not happen in the future.

Thanks
Festus

## Attachment 11

◀─ Reply ▾    Forward ▾    Move ▾    Print    ✖ Delete

Subject: Re: I was in the polic hand cuff today in your office when I come to complaint that I dont have academic advisor
To: Rachael Switalski ▾
Cc: SusanMcGann@Pivotalhcs.com ▾

Date: 04/20/15 12:57 PM
From: Festus Kandjabanga ▾

Date: Monday, April 20, 2015 at 9:35 AM
To: Festus Kandjabanga <fk85@drexel.edu>
Cc: "Flood,David" <df37@drexel.edu>, Rachael Switalski <rswitalski@coe.drexel.edu>
Subject: Re: I was in the polic hand cuff today in your office.

Hi Festus:
Thank you for keeping me in the loop, Festus.

I alerted Ms. Rachael Switalski in the College of Engineering's UG Student Services office. She has been assigned as your primary advisor and will work with you to complete the Withdrawal paperwork. Please check to see what the impact of this course withdrawal is on your progress toward degree!

Ms. Switalski was out of the Office on Friday – however I emailed her on Thursday night and am copying her on this email as well!

Best, Toni
--
**Antoinette Torres**
*Associate Vice Provost*
**Drexel University**

## Attachment 12

Subject: RE: The topic
To: "Sievert,Richard"

Date: 04/01/15 10:1
From: Festus Kandj

Thanks
Festus

On 03/30/15, "Sievert,Richard" <rws46@drexel.edu> wrote:

Hello Festus,
This is to acknowledge receipt of your accomodation letter. We look forward to having you in Value Engineering – CMGT 463 class.
Thanks,
Rick Sievert
Richard W. Sievert, PhD, PMP, CVS-Life, CFM, CCP
*Assistant Professor*
*Construction Management Program*
*College of Engineering*
**Drexel University**
3141 Chestnut Street, CAT 170
Philadelphia, PA 19104
From: Festus Kandjabanga [mailto:fk85@drexel.edu]
Sent: Thursday, March 26, 2015 4:24 PM
To: richard.w.sievert@drexel.edu
Subject: AVL for Spring 2015

Dr. Richard,
I am taking Value Engineering - CMGT 463 with you this coming Spring 2015. I have attached my Winter 2015 Accommodation Verification Letter for everything that is listed on. Let me know when you have received and acknowledge the accommodations I am approved for.

Thanks
Festus

## Attachment 13

ect: Re: SAVE International Membership Instructions
To: "Sievert,Richard"

Date: 06/25/15 12:49 AM
From: Festus Kandjabanga

Dr. Sievert,

Regarding for an exam on Monday May 18, 2015 , how many minutes do I have?
thanks
Festus

On 04/05/15, "Sievert,Richard" <rws46@drexel.edu> wrote:

## Attachment 14

Dr. Sievert,

You mean they don't give extra time 2x to disable students?
Thanks
Festus

On 06/24/15, "Sievert,Richard" <rws46@drexel.edu> wrote:

Hi Festus,

I hope you are enjoying the summer. It is nice to be back home with my family in Chicago. The letter from SAVE stating the 10 minutes additional time allotted for students to take the AVS exam if English is not their primary language was enclosed with the package of exams they sent to me. It was the single page of instructions that they send to proctors when giving the exam. The letter also stated the number of exams that they sent and contained a place for my signature that I was returning the same number back to SAVE. Since I sent that signed letter back to SAVE with the exams I don't have the letter that I showed you.

Take care,

Rick

## ttachment 15

Subject: Re: SAVE International Membership Instructions          Date: 06/25/15 12:49 AM
To: "Sievert,Richard" ▾                                          From: Festus Kandjabanga ▾

On Jun 24, 2015, at 12:53 AM, Festus Kandjabanga <fk85@drexel.edu> wrote:

Dr. Sievert,

I hope you are fine. On May 18, 2015, you were showing me a letter during exam which stated that SAVE International rules can only allotted 10 minutes extra time if English is not the student's primary language. Can you send me the copy of that letter?

Thanks
Festus

On 05/15/15, "Sievert,Richard" <rws46@drexel.edu> wrote:

Hi Festus,

Students are allowed 90 minutes to take the AVS exam according to SAVE International rules. If English is not their primary language they are allotted 10 minutes extra time.

Best wishes,

Attachment 16



IDREXEL UNIVERSITY
Office of
Disability Resources

*To:* Professor S

*From:* Office of Disability Resources

*Re:* **CONFIDENTIAL- NOTICE OF ACCOMMODATIONS**

*Date of Issue:* 3\23\15

This individual has been approved for the following accommodations as a means of minimizing the impact of their condition or impairment and providing them with equal access to their education at Drexel University. Please honor this letter only during the term indicated below.

Students must deliver this letter to the individual or entity administering the accommodations (i.e.: faculty, parking office, etc) within a reasonable timeframe in advance of needing to use the accommodation. The accommodations are not to be used in the laboratory, clinical, or co-op environments unless specifically noted below. If you have questions or concerns regarding the contents of this letter, please contact Ann Knettler-Smith, Director of the Office of Disability Resources and continue to provide the accommodations until another reasonable solution has been agreed upon.

Name: Festus Kandjabanga

University ID#        12985002

Status: Senior

Accommodations:        Spring 2015

Extended time (2.0x) on hand-written or hand-typed exams

Note-taker

Access to PowerPoints and overheads before class begins

Ability to audio record classroom activities (unless asked to turn off recorder due to confidentiality of personal information presented)

**Approval Signature:**

**Student's Signature:**

## Office of Disability Resources

Phone 215.895.1401; TTY 215.895.2299; Fax 215.895.1402; disability@drexel.edu;

3201 Arch Street, Suite 210
Philadelphia, PA 19104

40

## Attachment 17

Reply ▾   Forward ▾   Move ▾   Print   Delete

Subject: Re: Confirmation Receipt
To: Disability ▾

Date: 09/19/14 11:12 AM
From: Festus Kandjabanga ▾

Nancy,

I just want to make a follow up about my Fall 2014 renewal of special accommodations I requested on September 18, 2014.

Thanks

Festus

On 07/28/14, Disability <disabled@drexel.edu> wrote:

Hello Festus,

This email is to confirm that ODR has received medical documentation from University of Pennsylvania, Department of Psychiatry, and will begin the review process. At this point, the next step for you is to call our office and set up an appointment with one of our ODR professionals to discuss any accommodations you may or may not qualify for. You can set up this appointment by calling ODR at 215.895.1401.

Additional information for students with disabilities at Drexel University can be found on our website at www.drexel.edu/ODR. If you are in need of further assistance or have any other questions/concerns, feel free to call the office at 215.895.1401 or email us at disability@drexel.edu.

Sincerely,


F. Nancy Thomas
Administrative Coordinator

*Office of Disability Resources*

## Attachment 18

## WHEN SHOULD I GET A NEW ACCOMMODATION VERIFICATION LETTER (AVL)?

You should renew your AVL each term. After you schedule your classes contact ODR at 215-895-1401 or via email at disability@drexel.edu and request your new AVL. Your letter will generally be ready for pick-up in 24 hours if you are requesting the same accommodations as the previous term. You will not need a formal appointment unless you feel accommodations on your letter need to change.

## Attachment 19

Libraries ▸ Documents ▸ WWWWWWWW.Fall 2014 ▸ CMGT-450 ▸ Term Project

Organize ▼    Share with ▼    Burn    New folder

| Name | Date modified | Type | Size |
|---|---|---|---|
| 1. Executive Summary Final | 12/2/2014 9:13 PM | Microsoft Word D... | 18 KB |
| 2. Organizational Chart | 12/2/2014 7:27 PM | Microsoft Word D... | 111 KB |
| 3. a) Project Management Team best | 12/2/2014 7:52 PM | Microsoft Word D... | 90 KB |
| 3. a) Project Management Team, Brief Jo... | 12/2/2014 7:17 PM | Microsoft Word D... | 17 KB |
| 3. a) Project Management Team, Organiz... | 12/2/2014 7:26 PM | Microsoft Word D... | 111 KB |
| 4. a) ii. Submittal Log Form | 12/2/2014 9:30 PM | Microsoft Word D... | 16 KB |
| 4. b) i. Information Telephone Quote Che... | 12/2/2014 9:53 PM | Microsoft Word D... | 16 KB |
| 4. b), c) Information and Project Meeting... | 12/2/2014 10:13 PM | Microsoft Word 9... | 226 KB |
| 4. Brief descriptions of how the project w... | 12/2/2014 8:51 PM | Microsoft Word D... | 28 KB |
| 4. d) i. Subcontractor List Form | 12/2/2014 9:50 PM | Microsoft Word D... | 19 KB |
| 4. g) i. Project close out checklist | 12/2/2014 9:38 PM | Microsoft Word D... | 16 KB |
| 4. Management Procedure | 12/2/2014 9:15 PM | Microsoft Word D... | 439 KB |
| 5. a) Work Breakdown Structure | 12/2/2014 11:42 PM | Adobe Acrobat D... | 117 KB |
| 5. b) Work breakdown structure not a pa... | 12/2/2014 11:45 PM | Microsoft Word D... | 13 KB |
| 6. a) Description of Means and Methods | 12/3/2014 12:24 AM | Microsoft Word D... | 16 KB |
| 6. b fcee_2005-06_203-216_logistics_of_c... | 11/26/2014 7:20 PM | Adobe Acrobat D... | 353 KB |
| 6. b) i, Project site layout Pre-demo | 12/3/2014 12:48 AM | Microsoft Word D... | 14 KB |
| 6. b) i. Project Site Layout – Logistics Plan... | 12/3/2014 11:29 AM | Microsoft Word D... | 13 KB |
| 7. a. Corporate Safety Policy | 11/26/2014 6:31 PM | Adobe Acrobat D... | 163 KB |
| 7. b. SiteSpecificSafetyPlan(1) | 11/26/2014 6:55 PM | Adobe Acrobat D... | 201 KB |
| ApxQ 6. c. On site subcontractor Manage... | 11/26/2014 7:05 PM | Adobe Acrobat D... | 141 KB |
| Executive Summary of the contents | 11/26/2014 5:05 PM | Microsoft Word D... | 16 KB |
| page 1 Executive Summary of the contents | 11/26/2014 6:01 PM | Microsoft Word D... | 18 KB |

## Attachment 20

Reply ▼    Forward ▼    Move ▼    Print    Delete

Subject: Re: 14393.201415: Mid Term    Date: 11:11 AM
To: "Keeter,Edward" ▼    From: Festus Kandjabanga ▼

Dr. Keeter,

The reason I want to conduct you is to provide a Lecture not on BBL as it was required. I am asking the slides I always ask you to post on BBL before the lecture start. I am very behind with the lecture notes. Please reply to my lecture not request.

Thanks

Festus

On 11/09/14, "Keeter,Edward" <ehk35@drexel.edu> wrote:

You may make an appointment to review your test.

Edward Keeter, PH.D
*Associate Clinical Professor*
*Construction Management Program*

42

## Attachment 21

Reply ▾   Forward ▾   Move ▾   Print   Delete

Subject: Re: Financial Aid
To: "Torres,Antoinette" ▾

Date: 11/09/14 03:18 PM
From: Festus Kandjabanga

Toni,

Thanks a lot for replying Toni. Let us go back to the substance of the argument which say that my Insurance end before my co-op. I am not concerned that the current insurance charges are still out there, I am concerning why Drexel is charging me twice in one academic cycle. You stated that "In order to proceed, you will need to follow up with their office and provide a copy of my current non-Drexel health insurance card. They will follow up with the insurance provider, and if there are claims on the account." They will have to check to see if I have used insurance, etc! and Rita found out that I went to see a Neurology Dr. when I was on the co-op. It is true the insurance plan was removed on my account pending the evaluation of my use of the plan, etc

I don't have any claim on the account except during the time when I was on co-op which I believe I was within my academic cycle. Rita told me that my academic year for Health Insurance ends on August 2014 before my co-op end on September 2014 which will force me to pay a yearly Aetna Health Insurance twice in one academic year. I found this as unethical when Health Insurance ended while I was still on co-op. I am experiencing a nightmare every single night now as a result of what going on with me in Drexel. I found this also as a violating the high standard of ethic. A pending evaluation of my use of the plan would only make sense if I use the Health Insurance after September 30, 2014 which was a deadline before they put me in default if I didn't come up with my non Drexel Health Insurance as it was required for every full time student.

There is a principal of Conflict of interest which needs to be followed. Drexel policy stated that: "All members of the University community are expected to carry out their responsibilities with the highest level of integrity and ethical behavior and to discharge their duties in the best interests of the University, and may not use their position to profit personally, or to assist others in profiting, in any way at the expense of the University."Drexel would suppose to tell Health insurance company on my behalf not to charge students a yearly fee twice in one academic cycle by saying wait a minute, why did the Health Insurance end before our student complete their co-op. I want you to help me as a disability student who faced a unique situation to assign someone to investigate this matter because it is making my depressive and anxiety worse. Thanks Toni.

Besides that, I requested Dr. Keeter CMGT 450 to post the slides from October 12, 2014 to up to present but he never replied my emails or posting the slides he use to present whenever I requested him. I requested him again yesterday with two requests and he replied but he didn't commend about slides whether he will post them or not. He just replied about my grades but he didn't comment about posting slides on BBL before the class start as he was required to do it. It makes a different when I access to slides before class. I always lost concentration in class for many reasons and I am now behind with my study. My depression is worsened now comparing to July 2014. I was explaining my problem to one woman I met in the park about my problem of what happened with me in Drexel. She just said that welcome to America. It is not African American choice to live in the street as you can see them. Slaves who were discovered to have learned to read were subjected to beatings and amputation. I am looking forward to hear from you.

Keep it up.

Festus

## Attachment 22

Subject: Re: 14293.201415: Final Exam
To: Festus Kandjabanga ▾

Date: 02/03/15 08:10 A
From: "Keeter,Edward" ▾

Your grade is correct. The term project was worth 10 points. Six points for the binder, 3 for the presentations, and 1 for the Peer Evaluation.

The binder was worth 6 points. I gave you 6 points ( though I doubt you were responsible for much of the final product).

The presentations for the project throughout the quarter were worth 3 points. I gave you 1 point though your presentations were poor to say the least. You simply stared at the Powerpoint slides and read the content (though I told you after your first presentation not to do that). In addition you seemed unfamiliar with the slide content (as if you were seeing them for the first time) and could not answer simple questions about what you were trying to convey.

The Peer Evaluation was worth 1 point. I gave you 0 points. Despite the fact that you gave yourself a perfect 10 out of 10, your peers did not agree and rated you as doing / contributing the least to the group effort.

I'm not changing your grade. If you wish to contest the grade please of so through the proper channels.

Edward Keeter, PH.D
Associate Clinical Professor
Construction Management Program

---

### Attachment 23

**Subject:** Re: 14393.201415: Final Exam
**To:** "Keeter,Edward" ▾
**Cc:** kb947@drexel.edu ▾

**Date:** 02/03/15 06:44 PM
**From:** Festus Kandjabanga

📎 Copy of CMGT 450 Pee... (10kB)"

7/10 does not reflect my academic performance on that term project because I contributed more than all of them combined together.

Thanks

Festus

On 01/13/15, "Keeter,Edward" <ehk35@drexel.edu> wrote:

Your grade is correct. There is no computer mistake. As I explained to you before, everyone did not get 100 on the mid-term except you. The computer did not make a mistake. I did when I 'showed' a column in BB that reflected the total points available for the mid-term. I corrected that by revealing the correct column. I explained that to you before.

I have given you multiple opportunities to stop by and review your tests. Most recently last Tuesday. You've canceled the appointments or simply did not show up. I will not give you copies of the exams.

As for your grade, it was generous and not what you 'earned' which would have been much lower than the C you received. For example you scored 46.5 on the mid-term. I gave you a 70. The other students received an additional 15 points. You received 23.5 points. The 5 points for Participation/Professionalism and the 7 for the term project were also generous. Your behavior in and out of the classroom has been far from professional and your contribution to the term project was poor.

If you want to contest the grade please do so through the proper channels.

---

### Attachment 24

**Subject:** Re: 14393.201415: Final Exam
**To:** "Keeter,Edward" ▾
**Cc:** kb947@drexel.edu ▾

**Date:** 02/03/15 06:44 PM
**From:** Festus Kandjabanga ▾

of CMGT 450 Pee... (10kB)"

Festus

On 01/13/15, "Keeter,Edward" <ehk35@drexel.edu> wrote:

Festus,

Sorry but I can't drop what I'm doing and immediately answer your e-mails. As I told you before, Monday's are a busy day for me. Sorry you can't make it today. The grades were posted to BB during the quarter. You had ample opportunity to review the grades last quarter. In fact I agreed to meet with you several times to review your Mid Term and other grades if necessary. You chose not to avail yourself of those offers. However see below.

Assignment 1 – 7.5 out of 7.5
Assignment 2 – 7 out of 7.5
Assignment 3 – 7 out of 7.5
Assignment 4 – 7 out of 7.5

Mid Term – 70 out of 100
Final Exam Part 1 – 32 out of 67.5
Final Exam Part 2 – 16 out of 33

Term Project – 7 out of 10

Participation – 5 out of 10

Weighted Total 159 out of 247

Average 75.8

---

### Attachment 25

**Grading Structure:**

| | |
|---|---|
| Quizz 1 | 20% |
| Final Exam | 20% |
| Deliverables | |
| Assignment 1 | 7.5% |
| Assignment 2 | 7.5% |
| Assignment 3 | 7.5% |
| Assignment 4 | 7.5% |
| Term Project | 20% |
| Class Participation/Professionalism | 10% |

Note: These weights may be changed at the discretion of the instructor to reflect the emphasis placed on material during the conduct of the course.

| GRADE | A | A- | B+ | B | B- | C+ | C | C- | D+ | D | F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GPA | 4.00 | 3.67 | 3.33 | 3.00 | 2.67 | 2.33 | 2.00 | 1.67 | 1.33 | 1.00 | 0 |
| POINTS | 95-100 | 90-94.9 | 86-89.9 | 83-85.9 | 80-82.9 | 76-79.9 | 73-75.9 | 70-72.9 | 66-69.9 | 63-65.9 | <63 |

44

No notes of this type exist for this encounter.

## ED Observation Notes
No notes of this type exist for this encounter.

## ED Attestation Notes
No notes of this type exist for this encounter.

## ED Procedure Notes
No notes of this type exist for this encounter.

## ED Triage Notes
No notes of this type exist for this encounter.

## ED Notes
ED Notes by Placotaris, Michael, RN at 4/17/2015 3:17 PM

| | | |
|---|---|---|
| Author: Placotaris, Michael, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 4/17/2015 3:23 PM | Date of Service: 4/17/2015 3:17 PM | Status: Signed |
| Editor: Placotaris, Michael, RN (Registered Nurse) | | |

Pt brought in by PPD for what was said suicidal ideation.  But in speaking with the pt he said that he was not suicidal. He is having problems with Drexel.  He has been suicidal and depressed in the past but states that he doesn't feel that way now.  He was having problems with Drexel administration.  He wants to drop some courses at Drexel and they wouldn't let him according to the pt.  He said that he was getting upset and the next thing he knows is that the police were called and they brought him to the ED.  Pt denied SI.  States that he sees a doctor and takes medication for this.  Pt is refusing to sign paper work for to be seen by a doctor.  He states that he can see his psychiatrist if he is feeling depressed which he denies. Pt walked out of the ED.

## Consult Notes
No notes of this type exist for this encounter.

## Lab Results
**None**

## Imaging Results
None

## Patient Lines/Drains/Airways Status

Active Lines, Drains, Airways
None

Inactive Lines, Drains, Airways
None

## All Flowsheet Data (all recorded) through 04/17/15 1524

Acuity/Destination
04/17/15
1516

**Acuity/Destination**

| Greeter Assessment | No complaints |
|---|---|
| Initial Acuity | |
| ED Destination | |

Patient Complaint
04/17/15
1517